1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INTERNATIONAL INTELLECTUAL MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEE YUNN ENTERPRISES, INC. (U.S.A.), a California corporation; et al.,<br><br>Defendants. | Case No. CV 08-7587 R (JWJx)<br><br>**ORDER RE: STIPULATED REQUEST FOR ENTRY OF PROTECTIVE ORDER**<br><br><br>**Hon. Manuel L. Real** |
|---|---|

## ORDER

Pursuant to the stipulation governing confidentiality of the parties, and for good cause shown, **IT IS ORDERED** that the stipulation governing confidentiality is approved and shall be the Order of the Court.

Dated: July 27, 2009          _____

Manuel L. Real
United States District Court Judge

The Protective Order Shall not apply to any document disclosing a violation of law or order of a court of competent jurisdiction.

SCL PAS854443.1-*-07/23/09 4:14 PM

CHRISTIE, PARKER & HALE, LLP

-2-