JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL INTELLECTUAL MANAGEMENT CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br> vs.<br><br>LEE YUNN ENTERPRISES, INC. (U.S.A.), a California corporation; et al.,<br><br>  Defendants. | Case No. CV 08-7587 R (JWJx)<br><br>**JUDGMENT**<br><br><br><br>**Hon. Manuel L. Real** |

For good cause showing, judgment is entered as follows:

1. For each cause of action alleged in the First Amended Complaint For Patent Infringement, judgment is entered against Plaintiff International Intellectual Management Corporation ("Plaintiff") and in favor of Defendants Lee Yunn Enterprises, Inc. (U.S.A.), American Jiamei Textile, Awad Manufacturing, Inc., Chung's Appliance, Inc., J.J.P, Inc., Kim's Home Center, Inc., L.A. Home Fashion, Inc., S & L, and Sung's Home Collection (collectively "Defendants").

2. Defendants are entitled to recover $ _____ for attorneys' fees.

3. Defendants are entitled to recover $ _____ for costs.

IT IS SO ORDERED AND ADJUDGED.

Dated: ___November 04, 2009_____

_____
The Honorable Manuel L. Real
United States District Judge

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

DATED:  November 4, 2009          By   */s/ Brian K. Brookey*
                                       Brian K. Brookey

Attorneys for Defendants,
LEE YUNN ENTERPRISES, INC. (U.S.A.), AMERICAN JIAMEI TEXTILE, AWAD MANUFACTURING, INC., CHUNG'S APPLIANCE, INC., J. J. P., INC., KIM'S HOME CENTER, INC., L.A. HOME FASHION, INC., S & L, AND SUNG'S HOME COLLECTION

-3-

1 SES PAS868855.1-*-09/28/09 5:30 PM

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28