Martin Jerisat
martin@thinkingip.com
LAW OFFICE OF MARTIN JERISAT
10 S. LaSalle Street, Suite 3300
Chicago, IL 60603
(312) 332-0333
F: (312) 332-1811

Lawrence E. Thompson
ILIPCounselor@comcast.net
THE THOMPSON LAW OFFICE, P.C.
831 S. State Street
Lockport, IL 60441
(815) 838-6033
F: (815) 828-0661

Attorneys for Defendant,
ALKAM HOME FASHION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL INTELLECTUAL MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEE YUNN ENTERPRISES, INC. (U.S.A.), a California corporation; et al.,<br><br>Defendants. | Case No. CV 08-7587 R (JWJx)<br><br>**JUDGMENT IN REGARD TO DEFENDANT ALKAM HOME FASHION, INC.**<br><br>Hon. Manuel L. Real |

1  For good cause showing, judgment is entered as follows:

2  1. For each cause of action alleged in the First Amended Complaint For Patent Infringement, judgment is entered against Plaintiff International Intellectual Management Corporation and in favor of Defendant Alkam Home Fashion, Inc.

2. Upon application, Defendant Alkam Home Fashion, Inc., is entitled to recover taxable costs.

IT IS SO ORDERED AND ADJUDGED.

DATED: Dec. 21, 2009

_____
Hon. Manuel L. Real
U.S. District Court Judge

AGREED TO BY:

For: Defendant ALKAM HOME FASHION, INC.

LAW OFFICE OF MARTIN JERISAT
By  /s/ Martin Jerisat
     Martin Jerisat

For: Plaintiff INTERNATIONAL INTELLECTUAL MANAGEMENT CORPORATION

PARK LAW OFFICE
By  /s/ Chong H. Roh
     Chong H. Roh

1